**FILED
CLERK**

12/6/2016 9:57 am

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Phyllis Carter,

                Plaintiff(s),

     -against-

Cablevision Systems Corp., et al,

               Defendant(s).
-------------------------------------------------X

**RECUSAL ORDER**

CV 16-6456 (JS) (AYS)

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected Magistrate Judge.

Dated: Central Islip, New York
       December 6, 2016

SO ORDERED

  /s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge