# BORRELLI & ASSOCIATES
### P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

December 26, 2018

<u>*Via ECF Only*</u>
The Honorable Steven I. Locke
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Phyllis Carter v. Cablevision Systems Corp., et al.,*
              <u>*Docket No.: 16-cv-06456 (JS)(SIL)*</u>

Dear Judge Locke:

    As the Court knows, we represent the Plaintiffs in the above-referenced matter. We write, with Defendants' consent, to request an adjournment *sine die* of the December 27, 2018 pretrial conference. The parties are proceeding with expert discovery, per the most recent scheduling order entered on December 3, 2018, and therefore there is no need for a pretrial conference at this time.

    We thank the Court for its time and attention to this matter.

                                                        Respectfully submitted,

                                                        Michael R. Minkoff, Esq.
                                                         *For the Firm*

To:    All Counsel *via* ECF